UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JESSE ANDERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-01912-TWP-TAB |
| ) | |
| ZATECKY, ) | |
| ) | |
| Respondent. ) | |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the accompanying Entry, the Court now enters FINAL JUDGMENT in this action in favor of the Respondent and against the Petitioner. The petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

Date: 08/14/2014

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

JESSE ANDERSON
DOC 861361
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064